FAITH G. SEVERANCE, Respondent, v. HAROLD C. SEVERANCE, Appellant.— Order in so far as it denies defendant's motion to strike a provision from the decree of divorce reversed on the law and the facts, without costs, and the motion granted, without costs. Section 1159 of the Civil Practice Act is mandatory and required the granting of the motion herein upon the conceded fact that the plaintiff had remarried. The agreement incorporated in the final decree concerned itself primarily, if not entirely, with support and maintenance, the provisions for which were in lieu of alimony and were incorporated as such in the decree. This disposition, however, should be without prejudice to the plaintiff's invoking any rights with respect to property that may inhere in her by reason of the agreement of December 12, 1925, and particularly with reference to the Roslyn property. ( Kunker v. Kunker, 230 App. Div. 641, 645.) Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

JOSEPH SIGELMAN, Appellant, v. FRANK H. INNES, Respondent.— Order granting defendant's motion to vacate and set aside the notice of his examination before trial as an adverse party modified by permitting the examination of defendant as to items 3, 4, 7, 11 and 13, and as so modified affirmed, without costs; examination to proceed on five days' notice. No opinion. Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ., concur.

BENJAMIN SOLOVAY and LOUIS SOLOVAY, as Administrators, etc., of MORRIS SOLOVAY, Deceased, Appellants, v. BONVILE REALTY Co., INC., and Others, Defendants, Impleaded with EVELYN FREED and RAYMOND H. FIERO, Respondents.— Order granting motion to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ., concur.

STERLING MOTOR TRUCK Co. OF N. Y., INC., Appellant, v. BELLA SCHUCHMAN, Respondent, and " JOHN DOE," the Name " John Doe " Fictitious, True Name Unknown to Plaintiff, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

JOSEPH VIALE and Others, Appellants, v. LOUIS V. SPARACINO and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ.

SOPHIE WORTH, Respondent, v. LOUIS LAPIN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

HARVEY J. ANDERSON, Respondent, v. A. H. SICKINGER, INC., and GREENLAND HOTEL, INC., Defendants; FRANCIS A. MYERS and ELLIS A. TAYLOR, Appellants. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

JUELL BIE, JR., Respondent, v. SIMON-GREENBERG REALTY CORPORATION and Another, Defendants; CRUIKSHANK COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.